## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 8th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*Diamond J Transport, Inc.*
Attn:  President/CEO
2054 Ridge Road
Jeanette, PA 15644

_____
Mary E. Augustine (No. 4477)

619602v1